**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**MICHELLE TAYLOR,**
**Independent Administrator of the Estate**
**of Monty Dale Richards, Deceased**

        **Plaintiff,**

                Case No. 15-cv-662-DRH-DGW

**vs.**

**UNITED STATES OF AMERICA,**

        **Defendant.**

## EXHIBIT A

**TOTAL SETTLEMENT……………………………………………$65,000.00**

KATZMAN & SUGDEN, LLC ATTORNEY'S FEES……………….$16,250.00

COSTS ADVANCED, MEDICAL, FILING FEES……………………$1,325.00

MEDICARE LIEN………………………………………………………$19,633.91

**The net proceeds after the above payments are paid are to be distributed to the next of kin in the following amounts:**

Michelle Taylor, Sister …………………………………………………$4,631.84

Carol Richards, Mother …………………………………………………$4,631.85

Cathy Ann Lorenz, Sister………………………………………………$4,631.85

Jeanne Richards, Sister…………………………………………………$4,631.85

James Richards, Brother…………………………………………………$4,631.85

Charles Richards, Brother………………………………………………$4,631.85