UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

MICHELLE TAYLOR,

    Plaintiff,

v.

USA,

    Defendant.                      No. 15-cv-662-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on the Stipulation of Dismissal executed by plaintiffs and defendant.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Dismissing Case (Doc. 32), entered on September 16, 2016, this case is **DISMISSED** with prejudice.

                     JUSTINE FLANAGAN,
                     ACTING CLERK OF COURT

                     BY:      /s/*Caitlin Fischer*
                               Deputy Clerk

Dated: September 16, 2016

Digitally signed by
Judge David R. Herndon
Date: 2016.09.16
13:13:59 -05'00'

APPROVED:
     U.S. DISTRICT JUDGE
     U. S. DISTRICT COURT